AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA
v.
SERGIO LUCAS

## CRIMINAL COMPLAINT

CASE NUMBER: MJ# 05-846-MBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 10, 2005__ in __Norfolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly transfer false identification documents, knowing that the documents were produced without lawful authority

in violation of Title __18__ United States Code, Section(s) __1028(a)(2)__.

I further state that I am a(n) __Special Agent ICE__ and that this complaint is based on the following
    Official Title
facts:

See attached Affidavit of Special Agent John Dumas

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
JOHN DUMAS

Sworn to before me and subscribed in my presence,

May 23, 2005 @ 3:30 PM.    at    Boston, MA
Date                                    City and State

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE          Marianne B. Bowler, USMJ
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.